■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH A. CIOTO, Appellant. [988 NYS2d 502]—Appeal from a judg-

ment of the County Court of Ulster County (Williams, J.), rendered December 20, 2012, convicting defendant upon his plea of guilty of the crimes of burglary in the second degree and grand larceny in the fourth degree.

In satisfaction of a multi-count indictment and a superior court information, defendant pleaded guilty to burglary in the second degree and grand larceny in the fourth degree, and waived his right to appeal. He was sentenced as a prior felony offender in accordance with the plea agreement to, among other things, concurrent prison terms of 12 years and 1½ to 3 years, respectively, followed by five years of postrelease supervision. Defendant appeals.

Appellate counsel seeks to be relieved of his assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record, we agree. Therefore, the judgment is affirmed and counsel's request is granted (*see People v Cruwys*, 113 AD2d 979 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Lahtinen, J.P., Stein, Garry, Lynch and Clark, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.